**08 C 476**

**JUDGE LINDBERG**
**MAGISTRATE JUDGE VALDEZ**

# EXHIBIT A

## PACA TRUST CHART

Claimant: La Galera Produce  
Date: 01/17/08

Debtor: Auster Company  
Terms: Net 10 + 1.5% per month + Collection Costs

| INVOICE NUMBER | DATE OF TRANSACTION | PAYMENT DUE | NOTICE DATE | ELAPSED DAYS | INVOICE AMOUNT | CURRENT BALANCE | ACCRUED INTEREST* | TRANSACTION TOTAL | TRUST AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 82392 | 05/15/07 | 05/25/07 | 05/15/07 | 0 | $ 570.00 | $ 570.00 | $ 72.10 | $642.10 | $ 642.10 |
| 84114 | 05/26/07 | 06/05/07 | 05/26/07 | 0 | $ 378.00 | $ 378.00 | $ 41.52 | $419.52 | $ 419.52 |
| 86178 | 06/09/07 | 06/19/07 | 06/09/07 | 0 | $ 378.00 | $ 378.00 | $ 41.52 | $419.52 | $ 419.52 |
| 90050 | 07/03/07 | 07/13/07 | 07/03/07 | 0 | $ 540.00 | $ 540.00 | $ 50.46 | $590.46 | $ 590.46 |
| 94170 | 07/30/07 | 08/09/07 | 07/30/07 | 0 | $ 1,080.00 | $ 1,080.00 | $ 83.47 | $1,163.47 | $ 1,163.47 |
| 96580 | 08/15/07 | 08/25/07 | 08/15/07 | 0 | $ 2,407.00 | $ 2,407.00 | $ 186.02 | $2,593.02 | $ 2,593.02 |
| 97052 | 08/18/07 | 08/28/07 | 08/18/07 | 0 | $ 428.00 | $ 428.00 | $ 33.08 | $461.08 | $ 461.08 |
| 97120 | 08/20/07 | 08/30/07 | 08/20/07 | 0 | $ 9,160.00 | $ 9,160.00 | $ 707.92 | $9,867.92 | $ 9,867.92 |
| 97678 | 08/23/07 | 09/02/07 | 08/23/07 | 0 | $ 972.00 | $ 972.00 | $ 59.65 | $1,031.65 | $ 1,031.65 |
| 97940 | 08/25/07 | 09/04/07 | 08/25/07 | 0 | $ 700.00 | $ 700.00 | $ 42.95 | $742.95 | $ 742.95 |
| Collection Costs** | | | | | | | | $7,000.00 | $ 7,000.00 |
| TOTALS | | | | | $ 16,613.00 | $ 16,613.00 | $ 1,318.69 | $24,931.69 | $ 24,931.69 |

*Interest is calculated through the date listed above  
**Collection costs include estimated attorneys' fees.