**AEE**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 476**

In the Matter of                           Case Number:

La Galera Produce, LLC

                    v.

The Auster Company, Inc., et al.

**JUDGE LINDBERG**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

La Galera Produce, LLC

| |
|---|
| NAME (Type or print)<br>Gretchen Wehrenberg Stewart |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Gretchen Wehrenberg Stewart |
| FIRM<br>Adelman Law Offices, P.C. |
| STREET ADDRESS<br>1901 N. Roselle Rd., Ste. 800 |
| CITY/STATE/ZIP<br>Schaumburg, IL 60195 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6191977 | 847/301-4341 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐