AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

La Galera Produce, LLC

CASE NUMBER:

V.

ASSIGNED JUDGE:

The Auster Company, Inc. and Thomas Bastounes, individually

DESIGNATED MAGISTRATE JUDGE:

MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

The Auster Company, Inc.
Anthony C. Campanale, Registered Agent
19 S. La Salle St., Ste. 1500
Chicago, Illinois 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gretchen Wehrenberg Stewart
Adelman Law Offices, P.C.
1901 N. Roselle Rd., Ste 800
Schaumburg, IL 60195

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
**(By) DEPUTY CLERK**

**January 22, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 24 January 2008 |
| NAME OF SERVER *(PRINT)* Michael Schisel | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 185 LaSalle St Chicago, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 21 | | 60 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/24/08
                    Date              Signature of Server

Address of Server: 1450 East Monroe Ln, Schaumburg, IL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# L.J. McCORRY & ASSOCIATES
## ENDORSEMENT OF SERVICE AND AFFIDAVIT

DATE RECEIVED 1/24/08   CASE NUMBER 08C476   TYPE OF SERVICE Summons
COURT US Dist Court   Complaint
PLAINTIFF   HEARING DATE
CPA Gatherop Propane   NAME The Auster Company
VS.
DEFENDANT   SERVICE ADDRESS 19 S LaSalle St   ATTORNEY OR FIRM Adelman Law Office
The Auster Co.   Chicago   ADDRESS 1901 N Roselle Rd
Et al   UNIT/STE  DATE 1/24/08  TIME 1:16 pm   Schaumburg ILLINOIS
COUNTY OF Cook   ILLINOIS

____ INDIVIDUAL SERVICE: BY SERVING UPON THE WITHIN NAMED (DEFENDANT/WITNESS) A TRUE COPY OF THIS WRIT, WITH THE DATE AND HOUR OF SERVICE ENDORSED. THEREON BY ME, AND TRUE COPY OF THE PLAINTIFF'S COMPLAINT, PETITION OR INITIAL PLEADING.

____ SUBSTITUE SERVICE: BY SERVICE A TRUE COPY OF THIS WRIT WITH DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME AND TRUE COPY OF PLAINTIFF INITIAL PLEADING AS FURNISHED BY THE PLAITIFF WITHIN NAMED (DEFENDANT'S - WITNESS) USUAL PLACE OF ABODE WITH ANY PERSON RESIDING THE AGE OF THIRTEEN YEARS OF AGE OR OLDER TO WIT. _____ OR TO _____ SPOUSE OF DEFENDANT AT _____ OR TO _____ MANAGER OF DEFENDANT BUSINESS _____ AND INFORMING SUCH PERSON OF THEIR CONTENTS. IN ADDITION, A COPY WILL BE MAILED TO THE DEFENDANT OR RESPONDANT ON _____ AT _____.

X  CORPORATE SERVICE: BY SERVICE A TRUE COPY OF THIS WIT AND COPY OF THE PLAINTIFF'S INITIAL PLEADINGS TO Anthony Camparle AS Registered Agent OF SAID The Auster Co AS AN EMPLOYEE OF DEFENDANT, CORPORATION OR REGISTERED AGENT.

____ NO SERVICE: FOR THE REASON THAT AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND SAID _____ COUNTY, STATE OF ILLINOIS.

COMMENTS: Male white 5'11 185 lbs Grey Brown hair Look 40s

SIGNED AND SWORN TO (OR AFFIRMED) BY: _____   MILEAGE 21
   TOLLS 45
BEFORE ME, THIS ____ DAY OF _____   COST _____
NOTARY PUBLIC   FEE FOR SERVICE 60 00

SEAL

Under penalties as provided by law pursuant to 735ILCS 5/1-109 of the Illinois code of civil Procedure, the under signed certifies that all Documents were served as set forth above BY: _____

1450 EAST AMERICAN LANE · SUITE 1400 · SCHAUMBURG, ILLINOIS · 60173
PHONE: (847) 619-5148