AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

La Galera Produce, LLC

V.

The Auster Company, Inc. and Thomas Bastounes, individually

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

Thomas Bastounes
2404 S. Wolcott, Unit 32      or     1114 S. Broadway Ave.
Chicago, IL 60608                     Park Ridge, IL 60068

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gretchen Wehrenberg Stewart
Adelman Law Offices, P.C.
1901 N. Roselle Rd., Ste 800
Schaumburg, IL 60195

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ Anya Ellis*

**(By) DEPUTY CLERK**

**January 22, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  1/29/08 |
| NAME OF SERVER (PRINT)  Michael J Schasfer | TITLE  process server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2404 S Wolcott
Chicago, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 61 | | 68.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/29/08
           Date

Signature of Server

1450 East Armend Ln
Schaumburg IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# L.J. McCORRY & ASSOCIATES
## ENDORSEMENT OF SERVICE AND AFFIDAVIT

DATE RECEIVED 1/24/08      CASE NUMBER 08C476      TYPE OF SERVICE Summons
                           COURT US Dist Court                   Complaint
PLAINTIFF                  HEARING DATE
                           NAME Thomas Bastounes
LA Girlena
VS.      Produce           SERVICE ADDRESS              ATTORNEY OR FIRM
DEFENDANT                  2404 S Wolcott               Adelman Law office
                           Chicago                      ADDRESS
Thomas Bastounes           UNIT____ DATE 1/25/08 TIME 1200 pm   1501 N Rozellero
     Et al                 COUNTY OF Cook   ILLINOIS           Chicago    ILLINOIS

λ  INDIVIDUAL SERVICE: BY SERVING UPON THE WITHIN NAMED (DEFENDANT/WITNESS) A TRUE COPY OF THIS WRIT, WITH THE DATE AND HOUR OF SERVICE ENDORSED. THEREON BY ME, AND TRUE COPY OF THE PLAINTIFF'S COMPLAINT, PETITION OR INITIAL PLEADING.

___ SUBSTITUE SERVICE: BY SERVICE A TRUE COPY OF THIS WRIT WITH DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME AND TRUE COPY OF PLAINTIFF INITIAL PLEADING AS FURNISHED BY THE PLAITIFF WITHIN NAMED (DEFENDANT'S - WITNESS) USUAL PLACE OF ABODE WITH ANY PERSON RESIDING THE AGE OF THIRTEEN YEARS OF AGE OR OLDER TO WIT. _____ OR TO _____ SPOUSE OF DEFENDANT AT _____ OR TO _____ MANAGER OF DEFENDANT BUSINESS _____ AND INFORMING SUCH PERSON OF THEIR CONTENTS. IN ADDITION, A COPY WILL BE MAILED TO THE DEFENDANT OR RESPONDANT ON _____ AT _____.

___ CORPORATE SERVICE: BY SERVICE A TRUE COPY OF THIS WIT AND COPY OF THE PLAINTIFF'S INITIAL PLEADINGS TO _____ AS _____ OF SAID _____ AS AN EMPLOYEE OF DEFENDANT, CORPORATION OR REGISTERED AGENT.

___ NO SERVICE: FOR THE REASON THAT AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND SAID _____ COUNTY, STATE OF ILLINOIS.

COMMENTS: Male White 6Ft 235 lbs Brown Hair Early 40s

SIGNED AND SWORN TO (OR AFFIRMED) BY:        MILEAGE    61
                                             TOLLS      40
                                             COST
BEFORE ME, THIS ___ DAY OF ___               FEE FOR SERVICE  60 00
NOTARY PUBLIC

                                             Under penalties as provided by law pursuant to
        SEAL                                 735ILCS 5/1-109 of the Illinois code of civil
                                             Procedure, the under signed certifies that all
                                             Documents were served as set forth above
                                             BY: _____

1450 EAST AMERICAN LANE · SUITE 1400 · SCHAUMBURG, ILLINOIS · 60173
PHONE: (847) 619-5148