# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LA GALERA PRODUCE, LLC<br>an Illinois corporation,<br><br>                      Plaintiff,<br><br>     v.<br><br>THE AUSTER COMPANY, INC. and<br>THOMAS BASTOUNES, in his individual capacity,<br><br>                      Defendants | )<br>)<br>)<br>)  Case No. 08 C 476<br>)<br>)  Judge Lindberg<br>)<br>)  Magistrate Judge Valdez<br>)<br>)<br>)<br>) |

## **NOTICE OF DISMISSAL**

Plaintiff La Galera Produce, LLC, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses with prejudice all claims against Defendants The Auster Company, Inc. and Thomas Bastounes, individually, pursuant to settlement between the parties.

Respectfully submitted,

LA GALERA PRODUCE, LLC

By:   s/ Gretchen Wehrenberg Stewart
           Attorney for Movant

Gretchen Wehrenberg Stewart, Esq.
ADELMAN LAW OFFICES, P.C.
1901 N. Roselle Rd., Ste. 800
Schaumburg, Illinois 60195
Tel: 847/301-4341
stewart@pacaenforcer.com