**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LA GALERA PRODUCE, LLC<br>an Illinois corporation,<br><br>　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>THE AUSTER COMPANY, INC. and<br>THOMAS BASTOUNES, in his individual capacity,<br><br>　　　　　　　　　　　Defendants | )<br>)<br>)<br>)   Case No. 08 C 476<br>)<br>)   Judge Lindberg<br>)<br>)   Magistrate Judge Valdez<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

To:　Thomas Bastounes　　　　　　　　　The Auster Company, Inc.
　　　1114 S. Broadway Ave.　　　　　　　2404 S. Wolcott, Unit 32
　　　Park Ridge, IL 60068　　　　　　　　Chicago, IL 60608

　　　Please take notice that on March 18, 2008, I caused to be filed with the clerk for the United States District Court for the Northern District of Illinois, Western Division, the attached Notice of Dismissal.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LA GALERA PRODUCE, LLC

　　　　　　　　　　　　　　　　　　　By:　s/ Gretchen Wehrenberg Stewart
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant

　　　　　　　　　　　　　　　　　　　Gretchen Wehrenberg Stewart, Esq.
　　　　　　　　　　　　　　　　　　　ADELMAN LAW OFFICES, P.C.
　　　　　　　　　　　　　　　　　　　1901 N. Roselle Rd., Ste. 800
　　　　　　　　　　　　　　　　　　　Schaumburg, Illinois 60195
　　　　　　　　　　　　　　　　　　　Tel: 847/301-4341
　　　　　　　　　　　　　　　　　　　stewart@pacaenforcer.com

CERTIFICATE OF SERVICE

      Copies of the foregoing Notice and attached pleadings were filed electronically this 18th day of March, 2008.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  In addition, copies of the Notice and pleadings were sent via U.S. mail, postage pre-paid to the following parties:

The Auster Company, Inc.
2404 S. Wolcott, Unit 32
Chicago, IL 60608

Thomas Bastounes
1114 S. Broadway Ave.
Park Ridge, IL 60068

    s/ Gretchen Wehrenberg Stewart
Gretchen Wehrenberg Stewart, Esq.